UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

| | |
|---|---|
| JAHED MAL, RIZMA AKTER, and LIANA HASAN, | **NOTICE OF APPEARANCE** |
| Plaintiffs, | |
| v. | |
| ALEJANDRO MAYORKAS, Secretary of the Department of Homeland Security, DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, | Civil Action No. 22-cv-2389 (BMC) |
| Defendants. | |

-------------------------------------------------------------------x

PLEASE TAKE NOTICE that BREON PEACE, United States Attorney for the Eastern District of New York, AMANDA M. CIVIC, Special Assistant United States Attorney, of counsel, hereby enters an appearance in the above-captioned action as counsel on behalf of Defendants in this matter. This appearance is made without waiver to service, venue, or jurisdiction. The undersigned certifies that she is admitted to practice in this Court.

Dated: Brooklyn, New York
       May 9, 2022

                                              BREON PEACE
                                              United States Attorney

                             By:   */s/ Amanda M. Civic*
                                     AMANDA M. CIVIC
                                     Special Assistant U.S. Attorney
                                     (718) 413-6440
                                     amanda.civic@usdoj.gov